UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARIA E. ZANDBERGEN,

    Plaintiff,

vs.

SALLY A. ONSLOW, RICARDO V. BALENBIN, SR., RONALD E. ONSLOW, SANDRA D. SCHILL,

    Defendants.

No. 3:23-cv-05190-RAJ

NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Jordan Taylor of the Henderson Taylor Law Firm, who is admitted to practice in this District, and without waiving objections as to improper service, venue, jurisdiction or the statute of limitations, hereby appears as counsel of record on behalf of Defendants Sally A. Onslow and Ricardo V. Balenbin Sr.

Effective immediately, please add Jordan Taylor as an attorney to be noticed on all matters at the following address:

    Jordan Taylor, WSBA #46082
    900 Washington Street, Suite 1010
    Vancouver, WA 98660
    Phone: 360.37.1478
    Fax: 360-397-1567
    jordan@hlf-law.com

NOTICE OF APPEARANCE - 1



HENDERSON TAYLOR
LAW FIRM PLLC
900 Washington Street, Suite 1010
Vancouver, WA 98660
Phone: (360) 737-1478

DATED this 22nd day of May, 2023.

        HENDERSON TAYLOR LAW FIRM, PLLC

_____
Jordan Taylor, WSBA #46082
900 Washington Street, Suite 1010
Vancouver, WA 98660
360.37.1478
jordan@hlf-law.com
*Attorneys for Defendants*
*Sally Onslow and Ricardo Balenbin*

NOTICE OF APPEARANCE - 2



CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2023, I served the foregoing Notice of Appearance on:

> Maria Zandbergen
> PO Box 1046
> Garibaldi OR 97118
> mzandbaby@yahoo.com

By mailing a true copy thereof placed in a sealed envelope addressed to said individual as set forth above, which is the last-known address of said individual, and delivered as indicated above. I also e-mailed a true copy to Plaintiff at the email address above on May 22, 2023.

_____
Roselyn Moore, Paralegal

NOTICE OF APPEARANCE - 3



HENDERSON TAYLOR
LAW FIRM PLLC
900 Washington Street, Suite 1010
Vancouver, WA 98660
Phone: (360) 737-1478