UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA ZANDBERGEN,<br><br>                    Plaintiff,<br><br>vs.<br><br>SALLY A. ONSLOW, RICARDO V. BALENBIN SR., RONALD E ONSLOW, SANDRA D. SCHILL,<br><br>                    Defendants. | No. 3:23-cv-05190-TMC<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

The Court, having been notified of the settlement of this matter and it appearing that no issues remain for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and with each party bearing its own costs and attorney's fees. All deadlines previously set are hereby STRICKEN.

The clerk is directed to close the case.

DATED this 1st day of November, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

ORDER OF DISMISSAL (Cause No. 3:23-cv-05190-TMC) – 1



Presented by:

WILSON SMITH COCHRAN DICKERSON

By /s/ D. Jack Guthrie
D. Jack Guthrie
WSBA# 46404
Elizabeth M. Berman Lovell
WSBA# 46428
Of Attorneys for Defendants Sally Onslow and Ricardo Balenbin


MIX SANDERS THOMPSON, PLLC

By /s/ Aaron M. Dunn
Aaron Dunn
WSBA# 58113
George A. Mix
WSBA# 32864
Of Attorneys for Defendants Sally Onslow and Ricardo Balenbin


TANDEM LAW

By /s/ Maggie Diefenbach
Maggie Diefenbach
WSBA# 31176
Of Attorneys for Defendants Ronald Onslow and Sandra Schill


PLAINTIFF MARIA ZANDBERGEN

By: /s/ Maria Zandbergen
Maria Zandbergen
*Pro Se*

ORDER OF DISMISSAL (Cause No. 3:23-cv-05190-TMC) – 2

